AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| California Communities Against Toxics, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-01012 |
| Michael S. Regan ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sierra Club   .

Date:   04/12/2022

/s/ Andres Restrepo
*Attorney's signature*

Andres Restrepo, D.C. Bar No. 999544
*Printed name and bar number*

Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
*Address*

andres.restrepo@sierraclub.org
*E-mail address*

(301) 367-7572
*Telephone number*

(202) 547-6009
*FAX number*