AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-1012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael S. Regan Administrator, U.S. EPA
was received by me on *(date)* 04/13/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on the individual via Certified First Class Mail, with a return receipt requested, on April 13, 2022. Copies of the Electronic Proof of Delivery and the outbound receipt, showing the individual received the summons on April 18, 2022, are attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/21/2022

*Robyn Winz*
Server's signature

Robyn Winz, Litigation Paralegal
Printed name and title

Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20001
Server's address

Additional information regarding attempted service, etc:



April 18, 2022

Dear Robyn Winz:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 0350 0002 3271 4892**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | April 18, 2022, 8:47 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 7.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


