UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| California Communities Against Toxics, Coalition For A Safe Environment, and Sierra Club,<br><br>              Plaintiffs,<br>     v.<br><br>Michael S. Regan, Administrator, U.S. Environmental Protection Agency,<br><br>              Defendant. | Case No. 1:22-cv-1012-CRC |

**Joint Status Report and Motion to Extend Abeyance**

As ordered by this Court on November 15, 2022, the parties file this joint report. They also ask for an extension of the abeyance until April 28, 2023.

Plaintiffs filed the complaint on April 12, 2022, and amended it a few months later. Compl., ECF No. 1; *see* Unopposed Mot. for Leave to File Amended Complaint, ECF No. 14; Minute Order (July 7, 2022) (granting motion). Before the answer was due, the Court, on EPA's unopposed motion, put the case in abeyance so the parties can draft a proposed consent decree memorializing their agreement in principle. *See* Minute Order (Nov. 15, 2022); EPA's Unopposed Mot. for Abeyance, ECF No. 17 (Nov. 14, 2022).

The parties have finished drafting a proposed consent decree. Under the Clean Air Act, the relevant statute here, EPA must "provide a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to

comment [on the proposed decree] in writing." 42 U.S.C. § 7413(g). The notice was published in the Federal Register on January 24, 2023. 88 Fed. Reg. 4178. The comment period closed on February 23. EPA is reviewing the comments it received to decide if the proposed consent decree is appropriate in light of those comments. To allow EPA to do so, the parties ask that the Court extend abeyance through April 28.

Dated: February 28, 2023.

/s/ Sue Chen
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0283
Sue.Chen@usdoj.gov

*Counsel for EPA*

/s/ Adrienne Y. Lee
Adam Kron (D.C. Bar No. 992135)
Adrienne Y. Lee (D.C. Bar No. 1742666)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
akron@earthjustice.org
alee@earthjustice.org

*Counsel for Plaintiffs California Communities Against Toxics, Coalition For A Safe Environment, and Sierra Club*

Andres Restrepo (D.C. Bar No. 999544)
SIERRA CLUB
50 F St. NW, 8th Floor
Washington, D.C. 20001
(301) 367-7572
andres.restrepo@sierraclub.org

*Counsel for Plaintiff Sierra Club*

2

**Certificate of Service**

      I certify that on February 28, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                         */s/ Sue Chen*
                                     Sue Chen