UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| California Communities Against Toxics, Coalition For A Safe Environment, and Sierra Club,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>Michael S. Regan, Administrator, U.S. Environmental Protection Agency,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-1012-CRC |

**Notice**

Under Paragraph 8 of the consent decree entered by this Court, ECF No. 21, the parties give notice of their stipulated amendment of the following terms:

- Paragraph 4:  The deadline is revised to December 10, 2025
- Paragraph 5:  The deadline is revised to December 10, 2026.

Dated:  September 6, 2024

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sue Chen*
　　　　　　　　　　　　　　　　　　　　Sue Chen
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　　P.O. Box 7611
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　(202) 305-0283
　　　　　　　　　　　　　　　　　　　　Sue.Chen@usdoj.gov
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

/s/ *Adrienne Y. Lee*
Adam Kron (D.C. Bar No. 992135)
Adrienne Y. Lee (D.C. Bar No. 1742666)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
akron@earthjustice.org
alee@earthjustice.org

*Counsel for Plaintiffs California Communities Against Toxics, Coalition For A Safe Environment, and Sierra Club*

Andres Restrepo (D.C. Bar No. 999544)
SIERRA CLUB
50 F St. NW, 8th Floor
Washington, D.C. 20001
(301) 367-7572
andres.restrepo@sierraclub.org

*Counsel for Plaintiff Sierra Club*

**Certificate of Service**

I certify that on September 6, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

     */s/ Sue Chen*
    Sue Chen